IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS A. MOONEY, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>NANCY A. BERRYHILL, <br>Acting Commissioner of Social Security, <br><br>　　　　Defendant. | Case No. 3:17-82-JPG-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff, Thomas A. Mooney.

　　**DATED: November 6, 2017**

　　　　　　　　　　　　　　　　　　　**JUSTINE FLANAGAN,**
　　　　　　　　　　　　　　　　　　　**Acting Clerk of Court**

　　　　　　　　　　　　　　　　　　　BY: *s/Tina Gray*
　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**


**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**